UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Tom Nanstad,

       Plaintiff,

v.                                                             Civ. No. 06-3087 (JNE/JJG)
                                                             ORDER

Northern States Power Company
d/b/a Xcel Energy, and Jack Sjoholm,

       Defendants.

In a Report and Recommendation dated January 16, 2007, the Honorable Jeanne J. Graham, United States Magistrate Judge, recommended that plaintiff's motion to remand to state court be granted and that plaintiff's request for an order requiring payment of costs and expenses incurred as a result of removal be denied. Defendants objected to the Report and Recommendation. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Accordingly, IT IS ORDERED THAT:

    1.        Plaintiff's motion to remand to state court [Docket No. 4] is GRANTED.

    2.        Plaintiff's request for costs and fees is DENIED.

    3.        This case is remanded to the state court from which it was removed.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 9, 2007

                                                                s/ Joan N. Ericksen
                                                                 JOAN N. ERICKSEN
                                                                 United States District Judge